## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GULA** | **:** | |
| **Plaintiff,** | **:** | |
| | | **Civil No. 3:13-CV-226** |
| **v.** | **:** | |
| **ADVANCED CARGO** | **:** | |
| **TRANSPORTATION, INC., AND** | | **(JUDGE MANNION)** |
| **WASHINGTON MUNOZAREVALO** | **:** | |
| **Defendants.** | **:** | |

## ORDER

**IT IS HEREBY ORDERED**:

**(1)** Defendants' motion to strike, (Doc. No. 5), allegations in the complaint of the culpability of defendants' alleged conduct, (Doc. No. 1), is **DENIED**.

**(2)** Defendants' motion to dismiss, (Doc. No. 5), plaintiff's request for punitive damages is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 7, 2013**